**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 17-2243-cr

**Caption [use short title]**

**Motion for:** expedited briefing schedule and review of appeal.

**United States of America v. Arnold Maurice Bengis**

Set forth below precise, complete statement of relief sought:

Bengis seeks an expedited briefing schedule and review of his appeal from a resentencing by the Honorable Lewis A. Kaplan for the reasons set forth in the accompanying declaration. Bengis, who is 81 years old, in declining health, and living abroad, was sentenced to 57 months' imprisonment and is subject to arrest.

**MOVING PARTY:** Arnold Maurice Bengis
**OPPOSING PARTY:** United States of America

[ ] Plaintiff  [ ] Defendant
[✔] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Eric M. Creizman
**OPPOSING ATTORNEY:** Kiersten A. Fletcher

[name of attorney, with firm, address, phone number and e-mail]

Creizman PLLC, 565 Fifth Avenue, Fl. 7
New York, New York 10017; (212) 972-0200
ecreiz@creizmanllc.com

United States Attorney's Office, SDNY
One St. Andrew's Plaza, New York, New York 10007
(212) 637-2527; kiersten.fletcher@usdoj.gov

**Court- Judge/ Agency appealed from:** The Honorable Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed  [✔] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[✔] Yes  [ ] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [✔] No
Has this relief been previously sought in this court? [ ] Yes [✔] No
Requested return date and explanation of emergency: As set forth in the annexed declaration, Defendant-Appellant Arnold Bengis seeks an expedited briefing schedule and review of his appeal of a sentence imposed at a resentencing and the order for the resentencing itself under 18 U.S.C. 3614, which was based on a finding that Bengis knowingly and willfully failed to pay restitution.

Is oral argument on motion requested?  [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✔] No  If yes, enter date:_____

**Signature of Moving Attorney:**
*Eric Creizman*  **Date:** 7/31/2017  **Service by:** [✔] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)